Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| MELANIE MANSFIELD, | Case No.: 3:20-CV-005491 MJP |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, a foreign corporation, | |
| Defendants. | |

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 18th day of November 2020.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL – 1
File Number 204788

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
T: 206.623.7520  F: 206.622.7068